1  Dana N. Gwaltney, SBN 209530
   Sara J. Romano, SBN 227467
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, CA  94104
   Telephone:   (415) 544-1900
4  Facsimile:   (415) 391-0281

5  Attorneys for Defendant
   GUIDANT CORPORATION

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10 KENNETH B. RICKER,                    )  Case No. C-06-03922 MMC
                                         )
11          Plaintiff,                   )
                                         )  **STIPULATION AND ORDER TO STAY**
12      vs.                              )  **ALL PROCEEDINGS; ORDER**
                                         )  **DIRECTING PARTIES TO FILE STATUS**
13 GUIDANT CORPORATION; and Does 1 to 20,)  **REPORT**
   inclusive,                            )
14                                       )
            Defendants.                  )
15                                       )
                                         )
16 _____)

17

18         IT IS HEREBY STIPULATED by and between the parties through their designated counsel

19 that the deadlines for Defendant GUIDANT CORPORATION to answer or otherwise respond to the

20 Complaint, and for the parties to participate in any and all pretrial proceedings, will be stayed and

21 will be set by the MDL transferee district court in the District of Minnesota ("MDL Court") that will

22 be managing the recently-created multidistrict litigation entitled *In Re Guidant Corp. Implantable*

23 *Defibrillators Products Liability Litigation.*

24         There are over 340 cases that have been filed in or removed to federal court against

25 Defendant nationwide in which plaintiffs, like Kenneth B. Ricker, allege that they are seeking

26 compensatory damages for various personal injuries allegedly caused by an implantable defibrillator.

27 Approximately 240 of these cases have already been consolidated in *In re: Guidant Corp.*

28 *Implantable Defibrillators Products Liability Litigation*, MDL No. 05-1708, which is pending in the

1   United States District Court for the District of Minnesota.  On November 7, 2005, pursuant to 28

2   U.S.C. §1407, the Judicial Panel on Multidistrict Litigation entered a Transfer Order establishing an

3   MDL and consolidating and transferring a number of cases to the MDL Court.  A copy of the

4   Transfer Order is attached as Exhibit A.  Defendant intends to submit this case to the Judicial Panel

5   on Multidistrict Litigation as a tag-along case for transfer to the MDL.  Defendant expects the

6   transfer of this case to be transferred to the MDL Court completed in the near future.

7        There have been no previous time modifications entered in the case.  The current deadline for

8   Defendant to answer or otherwise respond to the Complaint is July 3, 2006.  The upcoming pretrial

9   deadlines are as follows:

10   • September 1, 2006 – last day to meet and confer regarding ADR process selection
       and proposed discovery plan;

11

12   • September 15, 2006 – last day to complete initial disclosures and file case
       management conference statement and Rule 26(f) report;

13   • September 22, 2006 – Initial Case Management Conference.

14        In the short intervening time between now and the transfer of this case to the MDL Court, the

15   time and resources of the parties and this Court should not be expended in preparing answers or

16   other responses and participating in pretrial proceedings.

17        Pursuant to this stipulation, the parties agree that the current deadlines for Defendant to

18   answer or otherwise respond to the Complaint and for the parties to participate in pretrial

19   proceedings are stayed and will be set by the MDL Court.

20        IT IS SO STIPULATED.

21

22   June 29, 2006                              THE BRANDI LAW FIRM

23

24                                             By:    /s/ Casey A. Kaufman
                                                      THOMAS J. BRANDI
                                                      CASEY A. KAUFMAN
25
                                                      Attorneys for Plaintiff
26                                                    KENNETH B. RICKER

27

28

1

June 29, 2006                                      SHOOK, HARDY & BACON L.L.P.

2

3

                                          By:     /s/ Sara J. Romano
4                                                 DANA N. GWALTNEY
                                                  SARA J. ROMANO
5
                                                  Attorneys for Defendant
6                                                 GUIDANT CORPORATION

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2    IT IS HEREBY ORDERED, in accordance with the agreement between the parties, and in

3  light of the pending transfer of this case to a multidistrict litigation proceeding, that the current

4  deadlines for Defendant to answer or otherwise respond to the Complaint and for the parties to

5  participate in pretrial proceedings are stayed and will be set by the MDL transferee district court in

6  the District of Minnesota.

7    In the event the instant action has not been transferred as of October 6, 2006, the parties shall

8  file a joint status report on October 6, 2006.

9

10  Dated: July 5, 2006

11  THE HONORABLE MAXINE M. CHESNEY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
TO STAY ALL PROCEEDINGS
105128v1                    4                    CASE NO. C-06-3922 MMC