

Case 0:05-md-01708-DWF-AJB   Document 504   Filed 08/21/2006   Page 1 of 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED AUG - 1 2006

AUG 3 0 2006  FILED
CLERK'S OFFICE
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 1708

C 06-3922 MMC

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-16)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 171 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 1 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NED

AUG 2 2 2006

U.S. DISTRICT COURT MPLS

Page 1 of 2

## SCHEDULE CTO-16 - TAG-ALONG ACTIONS
### DOCKET NO. 1708
### IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2  06-525 | David Emerson v. Guidant Corp., et al.  06-3387 |
| **ALABAMA NORTHERN** | |
| ALN 2  06-1254 | Ebbie Myers, etc. v. Guidant Corp., et al.  06-3388 |
| **CALIFORNIA NORTHERN** | |
| CAN 3  06-3789 | Richard A. Harris v. Guidant Corp.  06-3389 |
| CAN 3  06-3922 | Kenneth B. Ricker v. Guidant Corp.  06-3390 |
| **FLORIDA MIDDLE** | |
| FLM 3  06-511 | Harriett Patterson, etc. v. Guidant Corp., et al.  06-3391 |
| **KANSAS** | |
| ~~KS   6   06-1191~~ | ~~Michele Shannon v. Jesus Val Mejias, M.D., et al.~~ Opposed 8/17/06 |
| **KENTUCKY WESTERN** | |
| KYW 1  06-87 | James G. Ritter, etc. v. Guidant Corp., et al.  06-3392 |
| KYW 3  06-287 | Mary Ann Mudd v. Guidant Corp., et al.  06-3393 |
| KYW 4  06-85 | Olen D. Davis v. Guidant Corp., et al.  06-3394 |
| **LOUISIANA EASTERN** | |
| LAE 2  06-2991 | Albertha Shorty v. Guidant Corp., et al.  06-3395 |
| LAE 2  06-2995 | Elvina D. Carr v. Guidant Corp., et al.  06-3396 |
| LAE 2  06-3050 | Marie Davis v. Guidant Corp., et al.  06-3397 |
| LAE 2  06-3051 | John William Rhodes, Jr., et al. v. Guidant Corp., et al.  06-3398 |
| LAE 2  06-3058 | Clinton Bourgeois, et al. v. Guidant Corp., et al.  06-3399 |
| **LOUISIANA MIDDLE** | |
| LAM 3  06-413 | Joseph D. Truxillo, Sr. v. Guidant Corp., et al.  06-3400 |
| LAM 3  06-419 | Betty Ann Davis v. Guidant Corp.  06-3401 |
| LAM 3  06-463 | Clara Norman, et al. v. Merck & Co., Inc., et al.  06-3402 |
| **LOUISIANA WESTERN** | |
| LAW 1  06-986 | Nadine Linn v. Guidant Corp., et al.  06-3403 |
| LAW 1  06-988 | Rose Bialy, etc. v. Guidant Corp., et al.  06-3404 |
| LAW 1  06-990 | Cecilia James, et al. v. Guidant Corp., et al.  06-3405 |
| LAW 1  06-991 | Kawanda Edwards, et al. v. Guidant Corp., et al.  06-3406 |
| LAW 2  06-989 | Shirley Smith, et al. v. Guidant Corp., et al.  06-3407 |
| LAW 3  06-981 | Wilma Young v. Guidant Corp., et al.  06-3408 |
| LAW 5  06-976 | Mary Meitz Randinelli, et al. v. Guidant Corp., et al.  06-3409 |
| LAW 5  06-977 | William Lund, et al. v. Guidant Corp., et al.  06-3410 |
| LAW 5  06-978 | Karen Walker, etc. v. Guidant Corp., et al.  06-3411 |
| LAW 6  06-993 | William Ortego, et al. v. Gudiant Corp., et al.  06-3412 |
| LAW 6  06-994 | Debra Robert, etc. v. Guidant Corp., et al.  06-3413 |
| LAW 6  06-995 | Thelma Irvin v. Guidant Corp., et al.  06-3414 |
| LAW 6  06-1009 | Yuber S. Bullock v. Guidant Corp.  06-3415 |

SCHEDULE CTO-16 TAG-ALONG ACTIONS (MDL-1708)                                    Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MAINE** | |
| ME  1  06-70 | Donna Caron v. Guidant Corp.   06-3416 |
| **OHIO NORTHERN** | |
| OHN  1  06-1582 | Cardienne Morris, et al. v. Guidant Corp., et al.   06-3417 |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  06-2489 | Karen M. Sedler, etc. v. Boston Scientific Corp., et al.   06-3418 |
| **PENNSYLVANIA MIDDLE** | |
| PAM  1  06-1212 | Donald Wilhelm, etc. v. Boston Scientific Corp., et al.   06-3419 |
| **TENNESSEE WESTERN** | |
| TNW  2  06-2384 | Nancy Doss v. Guidant Corp., et al.   06-3420 |
| **TEXAS EASTERN** | |
| TXE  2  06-232 | Thomas Dunn, et al. v. Guidant Corp., et al.   06-3421 |
| TXE  4  06-249 | Adriana Araya, et al. v. Cardiac Pacemakers, Inc.   06-3422 |
| **TEXAS NORTHERN** | |
| TXN  3  06-985 | Mary Ballard v. Guidant Corp., et al.   06-3423 |
| TXN  3  06-1080 | Maria Hernandez, etc. v. Guidant Corp., et al.   06-3424 |
| **TEXAS SOUTHERN** | |
| TXS  4  06-2143 | Gloria Smith v. Guidant Corp., et al.   06-3425 |
| TXS  4  06-2144 | J.C. Bowie v. Guidant Corp., et al.   06-3426 |
| **UTAH** | |
| UT  2  06-446 | Jeffrey Hunt, et al. v. Guidant Corp., et al.   06-3427 |

# United States District Court
## District of Minnesota
Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

RICHARD D SLETTEN, CLERK
(612) 664-5000

**RECEIVED**

August 22, 2006

AUG 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mr. Richard W. Wieking, Clerk
United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

In re:   MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation
         YOUR CASE NUMBER: C.A. No. 3  06-3922    Ricker v. Guidant
         DISTRICT OF MINNESOTA CASE NUMBER:   06-3390 DWF/AJB

Dear Mr. Wieking:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on August 21, 2006   Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota. The cases are assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court on all correspondence or communications.

Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Communications regarding these actions should be directed to Ms. Mary Kaye Conery or Ms. Lou Jean Gleason at (612) 664-5000. Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery
Mary Kaye Conery, Civil Docket Supervisor

Enclosure

cc:  Judge Donovan W. Frank
     Judicial Panel on Multidistrict Litigation